# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3607

_____

| | | |
|---|---|---|
| Ronald Curtis Johnson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Western |
| Steve Whitmill, Sheriff, Washington | * | District of Arkansas. |
| County, Arkansas; Jane Kelley, | * | |
| Nurse, Washington County Detention | * | [UNPUBLISHED] |
| Center, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  April 26, 2002

Filed:  April 30, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Ronald Curtis Johnson appeals the district court's adverse grant of summary judgment in Johnson's civil rights action. Having carefully reviewed the record, we conclude summary judgment was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.